UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRAND ENERGY & INFRASTRUCTURE SERVICES, INC.** | * | **CIVIL ACTION NO.: 19-11874** |
| | * | |
| | * | **SECTION: "T" (2)** |
| **v.** | * | |
| | * | **JUDGE GUIDRY** |
| | * | |
| **CLARENCE J. MICHEL** | * | **MAGISTRATE WILKINSON** |
| | * | |
| | * | |
| | * | |

*********************************************

### EX PARTE MOTION FOR EXTENSION OF TIME TO FILE ANSWER/RESPONSE TO COMPLAINT AND TO ALLOW TIME FOR POTENTIAL SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Clarence J. Michel, (hereinafter referred to as "Defendant") who respectfully submits the following:

I.

On January 28, 2020, this Honorable Court filed an Order to Show Cause [P-10] Ordering the plaintiff to show cause on, or before, 2/28/2020, reporting the status of the case or show cause why defendant should not be dismissed for failure to prosecute. Counsel for Defendant is filing this Motion for Extension of Time in response to the Rule to Show Cause filed by this Court. Defendant's counsel believes that the delays caused in this case are not the fault of the Plaintiff and have actually been caused by the issues surrounding Defendant's situation that are discussed, *infra*.

II.

For the reasons discussed, *infra*, Defendant is respectfully requesting an extension of time to file an answer/response to the subject Complaint and to allow time for potential settlement with plaintiff. Specifically, Defendant is respectfully requesting a sixty (60) day extension.

III.

Subsequent to the filing of the Complaint, Defendant became incarcerated in West Virginia. As a result of the incarceration, Defendant's counsel has had major delays and difficulty in securing the proper authorizations to handle defenses/potential settlements in the case. At this time, Defendant's counsel is attempting to secure a power of attorney with

Defendant's wife, Jaime Michel, that would allow Defendant's counsel the ability to efficiently communicate authorizations and to negotiate settlement with counsel for Plaintiff. The delays in the case have been solely caused by the incarceration and counsel's difficulty in efficiently securing a power of attorney for Defendant. Notably, Defendant's counsel was avctually able to coordinate a power of attorney execution at the prison in West Virginia. However, the prison may have caused typographical issues with the signing of the power of attorney that counsel is currently researching. Defendant's counsel needs the additional time to confirm that the power of attorney that was secured is proper or, if it is not proper, to coordinate the execution of a proper power of attorney. Defendant's counsel has been working/communicating with Plaintiff's counsel regarding the power of attorney.

IV.

Most importantly, counsel for both parties strongly believe that they will be able to reach a satisfactory settlement among the parties as soon as they have secured a proper power of attorney or confirmed that the power of attorney they did receive is valid and enforceable. In the meantime, Defendant submits that good cause exists to allow a sixty (60) day extension of time, until April 30, 2020, for the deadline to respond to the Complaint. This allowance of an extension allows the parties additional time to confirm that Defendant counsel has the proper authority, through a properly executed Power of Attorney with Defendant's wife, to file a response and/or negotiate settlement.

WHEREFORE the Defendant prays that the Court grant, a sixty (60) day extension of time, until April 30, 2020, to file an Answer/Response to the Complaint and to Allow Time for Potential Settlement.

Respectfully Submitted:

*/s/ Jonathan R. DeTrinis*
Jonathan R. DeTrinis (33536)
**DET LAW FIRM, LLC**
4000 Bienville Street, Suite C
New Orleans, Louisiana 70119
PH: (504) 722-9711
FX: (504) 327-5309
Attorney for the Defendant